Leslie Mollett JJ-4117D
1111 Altamont Blvd
Frackville, Pa. 17931-2601

3-29-10

Clerk of Court
U.S. District Court
Western District of Pennsylvania
P.O. Box 1805
Pittsburgh, Pa. 15230